**CT Corporation**

**Service of Process Transmittal**
01/30/2019
CT Log Number 534828232

**TO:**  Donna Gaudet, Incoming Legal Supervisor
Cigna Holding Company
900 Cottage Grove Rd, C38
Bloomfield, CT 06002-2920

**RE:**  **Process Served in Mississippi**

**FOR:**  Life Insurance Company of North America  (Domestic State: PA)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | DAVID STREET, Pltf. vs. CIGNA GROUP INSURANCE, et al., Dfts. // To: LIFE INSURANCE COMPANY OF NORTH AMERICA *Name discrepancy noted.* |
| **DOCUMENT(S) SERVED:** | Letter, Summons, Complaint |
| **COURT/AGENCY:** | Madison County Circuit Court, MS Case # CI20190026JE |
| **NATURE OF ACTION:** | Insurance Litigation |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Flowood, MS |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 01/30/2019 postmarked on 01/28/2019 |
| **JURISDICTION SERVED :** | Mississippi |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days from the date of service |
| **ATTORNEY(S) / SENDER(S):** | PENNY B. LAWSON VARNER, PARKER & SESSUMS, P.A. 1110 Jackson Street Vicksburg, MS 39183 601-638-8741 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 01/30/2019, Expected Purge Date: 02/04/2019 |
| | Image SOP |
| | Email Notification,  Incoming Legal  LegalandPublicAffairs-IncomingLegal@cigna.com |
| **SIGNED:** | C T Corporation System |
| **ADDRESS:** | 645 Lakeland East Drive Suite 101 Flowood, MS 39232 |
| **TELEPHONE:** | 214-932-3601 |

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

**Exhibit A**



U.S. POSTAGE ⟩⟩ PITNEY BOWES

ZIP 39201 $ 005.75⁰
02 4W
0000347547 JAN 28 2019



CERTIFIED MAIL

91 7199 9991 7033 1682 2518

MISSISSIPPI
INSURANCE DEPARTMENT
P.O. BOX 79
JACKSON, MISSISSIPPI 39205-0079

CERTIFIED MAIL
RETURN RECEIPT REQUESTED

Life Insurance Company of NA
c/o CT Corporation System of MS
645 Lakeland East Drive, Ste 101
Flowood, MS 39232

3923239099 R021



**Exhibit A**



## MISSISSIPPI INSURANCE DEPARTMENT

**MIKE CHANEY**
Commissioner of Insurance
State Fire Marshal

**J. MARK HAIRE**
Deputy Commissioner of Insurance

501 N. WEST STREET, SUITE 1001
WOOLFOLK BUILDING
JACKSON, MISSISSIPPI 39201
www.mid.ms.gov

MAILING ADDRESS
Post Office Box 79
Jackson, Mississippi 39205-0079
TELEPHONE: (601) 359-3569
FAX: (601) 359-2474
WATS: 1-800-562-2957 (Incoming-USA)

January 28, 2019

CERTIFIED MAIL
RETURN RECEIPT REQUESTED
91 7199 9991 7033 1682 2518

Life Insurance Company of NA
c/o CT Corporation System of MS
645 Lakeland East Drive, Ste 101
Flowood, MS 39232

In Re: Case No. CI 2019-0026-JE, David Street vs. Cigna Group
Insurance, Life Insurance Company of North America, Connecticut
General Life Insurance Company and Cigna Life Insurance of New
York, in the Circuit Court of Marion County, Mississippi

Dear Sir or Madam:

We enclose a copy of the Summons and Complaint in the
above-styled cause which has been received in the Commissioner
of Insurance's Office on January 28, 2019 at 10:30 a.m.

Respectfully,

MIKE CHANEY
COMMISSIONER OF INSURANCE

BY _____

Christy Parker
Assistant to Deputy Commissioner

MC/cp
Enclosures
Pc: Anita Wray
     P.O. Box 1626
     Canton, MS 39046

**Exhibit A**

*Recoipt #896455*
*$100.00 1/28/19*
*fc*

## IN THE CIRCUIT COURT OF MADISON COUNTY, MISSISSIPPI

**DAVID STREET**
                                                    **PLAINTIFF**

**VS.**                                 **CAUSE NO.** *CI 2019-0026JC*

**CIGNA GROUP INSURANCE,**
**LIFE INSURANCE COMPANY OF**
**NORTH AMERICA, CONNECTICUT**
**GENERAL LIFE INSURANCE COMPANY**
**AND CIGNA LIFE INSURANCE OF NEW YORK,**
**AND JOHN DOES 1-10**                          **DEFENDANTS**

---

### SUMMONS

---

TO:   Mike Chaney, Commission of Insurance
      Mississippi Insurance Department
      1001 Woolfolk State Office Building
      501 North West Street
      Jackson, Mississippi 39201

### NOTICE TO DEFENDANT

**THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT
AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.**

You are required to mail or hand-deliver a copy of a written response to the Complaint to the

following attorney for the Plaintiff: **PENNY B. LAWSON, ESQUIRE, Varner, Parker &**

**Sessums, P.A., 1110 Jackson Street, Vicksburg, Mississippi, 39183, (601) 638-8741.**

Your response must be mailed or hand-delivered within thirty (30) days from the date of

delivery of this Summons and Complaint or a judgment of default will be entered against you for the

money or other things demanded in the Complaint.

You must also file the original of your response with the clerk of this court within a

reasonable time afterwards.

Issued under my hand and seal of this court this the _25_ day of _JAN_____, 2019.

                              ANITA WRAY, CLERK
                              MADISON COUNTY CIRCUIT COURT
                              MADISON COUNTY, MISSISSIPPI
                        BY: _____ D.C.

## Exhibit A

## IN THE CIRCUIT COURT OF MADISON COUNTY, MISSISSIPPI

**DAVID STREET**                         **F I L E D**                         **PLAINTIFF**
                                    MADISON COUNTY

**VS.**                                  **JAN 25 2019**                  **CAUSE NO.** _____

                               ANITA WRAY, CIRCUIT CLERK
**CIGNA GROUP INSURANCE,**
**LIFE INSURANCE COMPANY OF**_____ D.C.
**NORTH AMERICA, CONNECTICUT**
**GENERAL LIFE INSURANCE COMPANY**
**AND CIGNA LIFE INSURANCE OF NEW YORK,**
**AND JOHN DOES 1-10**                                            **DEFENDANTS**

_____
### COMPLAINT
_____

COMES NOW Plaintiff, David Street, by and through counsel and files this his Complaint

against Defendant showing unto the Court as follows:

### Parties

1.      Plaintiff is an adult resident citizen of Madison County, Mississippi.

2.      Defendants, Cigna Group Insurance, Life Insurance Company of North America,

Connecticut General Life Insurance Company and Cigna Life Insurance of New York, (hereinafter

"Cigna"), is an insurance company licensed to do and doing business in the State of Mississippi

where it may be served with process by service upon Mike Chaney, Mississippi Insurance

Commissioner, or at such other places and upon such other persons as is allowed by law.

### Jurisdiction and Venue

3.      This Court has jurisdiction of this action under Miss. Const. Art. 6, §156, and Miss.

Code Ann. §§ 9-7-81 and 83-5-3. This Court has personal jurisdiction over Cigna Group Insurance,

pursuant to Miss. Code Ann. § 83-21-1. Further, pursuant to Miss. Code Ann. § 13-3-57, Cigna's

individual conduct and connections with the State of Mississippi are such that it anticipated or

should have reasonably anticipated being hailed into the courts of the State of Mississippi insofar

**Exhibit A**

as the sale of its Insurance policies arose as a direct result of its activities to market its insurance products in Mississippi. Assertion of this Court's jurisdiction over Cigna does not offend due process concerns under the Fourteenth Amendment to the United States Constitution.

4.      Venue is proper in the Madison County, Mississippi pursuant to Miss. Code Ann, §11-11-3.

<u>Facts</u>

5.      That Plaintiff purchased short-term and long-term disability policies from Cigna, through his employer which was administered by Life Insurance Company of North America.

6.      Plaintiff began experiencing significant debilitating medical issues with his neck and back, and carpel tunnel syndrome and was unable to perform many of his job duties.

7.      On August 18, 2017,  Dr. Matthew VanLandingham diagnosed the Plaintiff with severe right lower extremity radiculopathy.

8.      On October 2, 2017, Plaintiff filed a claim for disability benefits due to his inability to work, which was denied.

9.      On November 29, 2017, Dr. Chris Etheridge, a treating physician, sent a disability management solutions medical request, stating that he could no longer work as of November 29, 2017, still no benefits were paid under either policy.

10.     On December 12, 2017, Dr. Alice Messer also sent a disability management solutions medical request, noting that Mr. Street was off work and could not return to work at that time, still no benefits were paid under either policy.

11.     On December 13, 2017, Dr. Richard Waddell, also a treating physician, submitted a disability management solutions medical request form as well, stating the Mr. Street could not work at that time.

**Exhibit A**

12.     During the time that Cigna was denying Mr. Street's claim, he had applied for disability and the Mississippi Department of Health and Human Services determine that he was in fact, disabled, giving him a disability date of September 29, 2017.

13.     After still no response from Cigna, counsel for Mr. Street obtained residual functional capacity questionnaires from his physicians Dr. Alice Messer and Dr. Chris Etheridge, clearly documenting his inability to perform his job duties and unable to return to work.

14.     Despite the above and forgoing, Cigna has no arguable basis in which to deny Mr. Street his benefits which are due and owing under his disability policies.

### Count 1: Declaratory Judgment

15.     All preceding paragraphs are incorporated herein.

16.     Cigna's denial of and delay in payment of Policy benefits to Mr. Street were in violation of express terms of the Policy and applicable law. The Policy was in full force and effect through the date of Mr. Street's injury and all rights, claims and benefits accruing to him under the Policy were due and payable.

17.     Mr. Street seeks a determination of the rights and responsibilities Cigna owed under the Policies and applicable law.

### Count 2: Breach or Contract

18.     All preceding paragraphs are incorporated herein.

19.     Cigna had no authority, contractual or otherwise, to deny or delay payment of benefits due under the Policies.

20.     By denying and delaying payment of benefits due under the Policies when Policy premiums were paid and the Policies were in full force and effect, Cigna breached its contractual obligations to Mr. Street.

### Exhibit A

21.     By denying and delaying payment of valid claims under the Policies, Cigna breached its contractual obligations to Mr. Street.

22.     Cigna's breaches of contract caused Mr. Street damages, including, but not limited to, losses sustained as a result of its denial and delay of payment.

23.     As a result of Cigna's contractual breaches, it is liable to Mr. Street for all sums due under the Policies and other sums recoverable under applicable law.

### Count 3: Tortious Breach or Contract

24.     All preceding paragraphs are incorporated herein.

25.     Cigna's breaches of contract were attended with intent, gross negligence and recklessness, thereby warranting an award of punitive damages.

### Count 4: Breach or Covenant or Good Faith and Fair Dealing

26.     All preceding paragraphs are incorporated herein.

27.     Cigna is subject to the implied duty in the Policies to act fairly and in good faith so as not to deprive its insured of the rights, claims and benefits accruing to him under the Policies.

28.     Cigna's intentional denial and persistent refusal to pay, and delay in the payment of Mr. Street's valid claims breached the implied duty of good faith and fair dealing and operated to unreasonably deprive Mr. Street of the benefits of the Policies.

29.     As a direct and proximate result of Cigna's breach of the covenant of good faith and fair dealing, Mr. Street suffered substantial damages.

### Count 5: Bad Faith Denial of Insurance Claim

30.     All preceding paragraphs are incorporated herein.

31.     Cigna had no arguable basis in law or fact to deny and delay payment of Mr. Street's claims under the Policy or applicable law.

## Exhibit A

32.     Cigna's denial and delay in payment of Mr. Street's claims through its refractory conduct in willfully and persistently requesting additional information, which had already been provided was intentional.

33.     Cigna's denial and delay in payment of Mr. Street's claims reflects a reckless disregard for his rights and well-being.

34.     Mr. Street suffered substantial damages as a direct and proximate result of Cigna's bad faith denial and delay in payment of his valid claims.

### Count 6: Negligence, Gross Negligence, Reckless Disregard

35.     All preceding paragraphs are incorporated herein.

36.     Cigna owed Mr. Street the duty to reasonably, realistically, promptly and correctly investigate and adjust his claims and promptly pay covered claims or advise him of the basis for denial of a claim.

37.     Cigna breached its duty to Mr. Street, A reasonable investigation of his claims would have shown that his claims were covered and that prompt payment to Mr. Street should be issued.

38.     Cigna's failure to reasonably, realistically, promptly and correctly investigate and adjust Mr. Street's claims proximately caused his damages.

39.     Mr. Street's damages were foreseeable to Cigna.

40.     Cigna's conduct constitutes negligence, gross negligence and/or reckless disregard for Mr. Street's rights as an insured of Cigna.

### Intentional Infliction or Emotional Distress

41.     All preceding paragraphs are incorporated herein.

42.     Cigna's conduct was intentional, was so extreme as to go beyond all possible bounds of decency in a civilized community, was shocking and completely unacceptable and was performed

**Exhibit A**

in an outrageous manner and was wanton and willful so as to evoke outrage and revulsion.

43.      Cigna's conduct was a substantial factor in causing Mr. Street severe mental and emotional distress.

44.      Cigna's conduct was so outrageous it was foreseeable that the conduct would cause Mr. Street severe mental and emotional distress.

### Negligent Infliction or Emotional Distress

45.      All preceding paragraphs ere incorporated herein.

46.      Alternatively, Cigna's conduct was negligent and was something a reasonably careful person would not have done under the same or similar circumstances.

47.      Cigna's conduct was a substantial factor in causing Mr. Street mental and emotional distress and it was foreseeable that the conduct would cause his mental and emotional distress.

### Prayer for Relief

As a direct and proximate result of Cigna's negligence, gross negligence, reckless disregard for Mr. Street's rights as an insured under the Policy, breach of contract, breach of the duty of good faith end fair dealing, bed faith and tortious breach of contract without a legitimate or arguable reason in fact or law, David Street demands relief against Cigna, as follows:

a.      Declaratory judgment that Cigna's attempt to impose new requirements for payment of benefits under the Policy violated its express terms end applicable law end was ineffective; the Policy remained in full force and effect through the date of Mr. Street's injury; and, Mr. Street is entitled to all rights, claims and benefits accruing under the Policy and applicable law;

b.      All contract and extra-contractual damages available under the Policy and applicable law;

c.      Incidental and consequential damages incurred as a result of Cigna's failure to fully,

**Exhibit A**

properly and promptly adjust and pay valid claims;

      d.      Compensatory damages for Cigna's tortious conduct;

      e.      Extra-contractual damages for Cigna's denial of and delay in payment of Mr. Street's claims without any arguable basis in law or fact;

      f.      Reasonable attorney fees and litigation expenses;

      g.      Pre-judgment and post-judgment interest;

      h.      Punitive damages for Cigna's denial of and delay in payment of Mr. Street's valid claims without any arguable basis in law or fact which rises to the level of an independent tort due to Cigna's willful, wanton, reckless, grossly negligent, and bad faith conduct;

      i.      All damages available for Cigna's intentional and/or negligent infliction of emotional distress;

WHEREFORE, PREMISES CONSIDERED, Plaintiff demands judgment of and from Defendants, jointly and severally, in a sum exceeding the minimal jurisdictional levels of this Court for both actual and punitive damages and reasonable attorneys fees, together with all costs of this proceeding.

Respectfully submitted, this the 24th day of January, 2019.

DAVID STREET

By:      _____

             PENNY B. LAWSON, MSB #103450

OF COUNSEL:

VARNER, PARKER & SESSUMS, P.A.
1110 Jackson Street
Vicksburg, Mississippi 39183
Telephone: 601.638.8741
Facsimile: 601.638.8666\
Email: plawson@vpslaw.com

**Exhibit A**



## MISSISSIPPI INSURANCE DEPARTMENT

**MIKE CHANEY**
Commissioner of Insurance
State Fire Marshal

**J. MARK HAIRE**
Deputy Commissioner of Insurance

501 N. WEST STREET, SUITE 1001
WOOLFOLK BUILDING
JACKSON, MISSISSIPPI 39201
www.mid.ms.gov

MAILING ADDRESS
Post Office Box 79
Jackson, Mississippi 39205-0079
TELEPHONE: (601) 359-3569
FAX: (601) 359-2474
WATS: 1-800-562-2957 (Incoming-USA)

January 28, 2019

CERTIFIED MAIL
RETURN RECEIPT REQUESTED
91 7199 9991 7033 1682 2518

Life Insurance Company of NA
c/o CT Corporation System of MS
645 Lakeland East Drive, Ste 101
Flowood, MS 39232

91 7199 9991 7033 1682 2518

In Re: Case No. CI 2019-0026-JE, David Street vs. Cigna Group Insurance, Life Insurance Company of North America, Connecticut General Life Insurance Company and Cigna Life Insurance of New York, in the Circuit Court of Marion County, Mississippi

Dear Sir or Madam:

We enclose a copy of the Summons and Complaint in the above-styled cause which has been received in the Commissioner of Insurance's Office on January 28, 2019 at 10:30 a.m.

Respectfully,

MIKE CHANEY
COMMISSIONER OF INSURANCE

BY _____
Christy Parker
Assistant to Deputy Commissioner

MC/cp
Enclosures
Pc: Anita Wray
    P.O. Box 1626
    Canton, MS 39046



RECEIVED
JAN 28 2019
Mississippi Insurance Department
Server: Emmitt Hunter
Time: 10:30 am

**Exhibit A**

*Receipt #896455*
*$100.00 1/28/19*
*/c*

## IN THE CIRCUIT COURT OF MADISON COUNTY, MISSISSIPPI

**DAVID STREET**                                                    **PLAINTIFF**

**VS.**                                               CAUSE NO. CI 2019-0026 JC

**CIGNA GROUP INSURANCE,**
**LIFE INSURANCE COMPANY OF**
**NORTH AMERICA, CONNECTICUT**
**GENERAL LIFE INSURANCE COMPANY**
**AND CIGNA LIFE INSURANCE OF NEW YORK,**
**AND JOHN DOES 1-10**                                             **DEFENDANTS**

---

### SUMMONS

---

TO:     Mike Chaney, Commission of Insurance
        Mississippi Insurance Department
        1001 Woolfolk State Office Building
        501 North West Street
        Jackson, Mississippi 39201

### NOTICE TO DEFENDANT

**THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.**

You are required to mail or hand-deliver a copy of a written response to the Complaint to the following attorney for the Plaintiff: **PENNY B. LAWSON, ESQUIRE, Varner, Parker & Sessums, P.A., 1110 Jackson Street, Vicksburg, Mississippi, 39183, (601) 638-8741.**

Your response must be mailed or hand-delivered within thirty (30) days from the date of delivery of this Summons and Complaint or a judgment of default will be entered against you for the money or other things demanded in the Complaint.

You must also file the original of your response with the clerk of this court within a reasonable time afterwards.

Issued under my hand and seal of this court this the __ day of ___, 2019.

ANITA WRAY, CLERK
MADISON COUNTY CIRCUIT COURT
MADISON COUNTY, MISSISSIPPI

BY: _____ D.C.

**Exhibit A**



**UNITED STATES**
**POSTAL SERVICE.**

Date Produced: 02/04/2019

MS Insurance Department:

The following is the delivery information for Certified Mail™ item number 7199 9991 7033 1682 2518.
Our records indicate that this item was delivered on 01/30/2019 at 10:01 a.m. in FLOWOOD, MS 39232.
The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance,
please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal
Service. It is solely for customer use.

Customer Reference Number:        0347547 10262293dco-life insur

**Exhibit A**



# MISSISSIPPI INSURANCE DEPARTMENT

**MIKE CHANEY**
Commissioner of Insurance
State Fire Marshal

**J. MARK HAIRE**
Deputy Commissioner of Insurance

501 N. WEST STREET, SUITE 1001
WOOLFOLK BUILDING
JACKSON, MISSISSIPPI 39201
www.mid.ms.gov

MAILING ADDRESS
Post Office Box 79
Jackson, Mississippi 39205-0079
TELEPHONE: (601) 359-3569
FAX: (601) 359-2474
WATS: 1-800-562-2957 (Incoming-USA)

January 28, 2019

                    CERTIFIED MAIL
              RETURN RECEIPT REQUESTED
          91 7199 9991 7033 1682 2501

Connecticut General Life Insurance Co        91 7199 9991 7033 1682 2501
c/o CT Corporation System of MS
645 Lakeland East Drive, Ste 101
Flowood, MS 39232

In Re: Case No. CI 2019-0026-JE, David Street vs. Cigna Group
Insurance, Life Insurance Company of North America, Connecticut
General Life Insurance Company and Cigna Life Insurance of New
York, in the Circuit Court of Marion County, Mississippi

Dear Sir or Madam:

    We enclose a copy of the Summons and Complaint in the
above-styled cause which has been received in the Commissioner
of Insurance's Office on January 28, 2019 at 10:30 a.m.

                    Respectfully,

                    MIKE CHANEY
                    COMMISSIONER OF INSURANCE

                    BY _Christy Parker_
                    Christy Parker
                    Assistant to Deputy Commissioner

MC/cp
Enclosures
Pc:  Anita Wray
     P.O. Box 1626
     Canton, MS 39046



**Exhibit A**

*Receipt #896455*
*$100.00 1/28/19*
*fc*

## IN THE CIRCUIT COURT OF MADISON COUNTY, MISSISSIPPI

**DAVID STREET**                                                    **PLAINTIFF**

**VS.**                                                    CAUSE NO. *CI 2019-0026 JC*

**CIGNA GROUP INSURANCE,**
**LIFE INSURANCE COMPANY OF**
**NORTH AMERICA, CONNECTICUT**
**GENERAL LIFE INSURANCE COMPANY**
**AND CIGNA LIFE INSURANCE OF NEW YORK,**
**AND JOHN DOES 1-10**                                        **DEFENDANTS**

### SUMMONS

TO:    Mike Chaney, Commission of Insurance
       Mississippi Insurance Department
       1001 Woolfolk State Office Building
       501 North West Street
       Jackson, Mississippi 39201

### NOTICE TO DEFENDANT

**THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT
AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.**

You are required to mail or hand-deliver a copy of a written response to the Complaint to the following attorney for the Plaintiff: **PENNY B. LAWSON, ESQUIRE, Varner, Parker & Sessums, P.A., 1110 Jackson Street, Vicksburg, Mississippi, 39183, (601) 638-8741.**

Your response must be mailed or hand-delivered within thirty (30) days from the date of delivery of this Summons and Complaint or a judgment of default will be entered against you for the money or other things demanded in the Complaint.

You must also file the original of your response with the clerk of this court within a reasonable time afterwards.

Issued under my hand and seal of this court this the 25 day of JAN, 2019.

ANITA WRAY, CLERK
MADISON COUNTY CIRCUIT COURT
MADISON COUNTY, MISSISSIPPI

BY: _____ D.C.

## Exhibit A



**UNITED STATES**
**POSTAL SERVICE.**

Date Produced: 02/04/2019

MS Insurance Department:

The following is the delivery information for Certified Mail™ item number 7199 9991 7033 1682 2501.
Our records indicate that this item was delivered on 01/30/2019 at 10:01 a.m. in FLOWOOD, MS 39232.
The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance,
please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal
Service. It is solely for customer use.

Customer Reference Number:        0347547 10262293dco-connecticu

**Exhibit A**



## MISSISSIPPI INSURANCE DEPARTMENT

**MIKE CHANEY**
Commissioner of Insurance
State Fire Marshal

**J. MARK HAIRE**
Deputy Commissioner of Insurance

501 N. WEST STREET, SUITE 1001
WOOLFOLK BUILDING
JACKSON, MISSISSIPPI 39201
www.mid.ms.gov

MAILING ADDRESS
Post Office Box 79
Jackson, Mississippi 39205-0079
TELEPHONE: (601) 359-3569
FAX: (601) 359-2474
WATS: 1-800-562-2957 (Incoming-USA)

January 28, 2019

CERTIFIED MAIL
RETURN RECEIPT REQUESTED
91 7199 9991 7033 1682 2525

91 7199 9991 7033 1682 2525

Cigna Life Insurance of New York
c/o CT Corporation System of MS
645 Lakeland East Drive, Ste 101
Flowood, MS 39232

In Re: Case No. CI 2019-0026-JE, David Street vs. Cigna Group
Insurance, Life Insurance Company of North America, Connecticut
General Life Insurance Company and Cigna Life Insurance of New
York, in the Circuit Court of Marion County, Mississippi

Dear Sir or Madam:

We enclose a copy of the Summons and Complaint in the
above-styled cause which has been received in the Commissioner
of Insurance's Office on January 28, 2019 at 10:30 a.m.

Respectfully,

MIKE CHANEY
COMMISSIONER OF INSURANCE

BY _Christy Parker_____

Christy Parker
Assistant to Deputy Commissioner

MC/cp
Enclosures
Pc:  Anita Wray
     P.O. Box 1626
     Canton, MS 39046



RECEIVED
JAN 28 2019
Mississippi Insurance Department
Server: Emmett Hunter
Time: 10:30 am

**Exhibit A**

*Receipt #896455*
*$100.00 1/28/19*
*rc*

## IN THE CIRCUIT COURT OF MADISON COUNTY, MISSISSIPPI

**DAVID STREET**                                                        **PLAINTIFF**

VS.                                                    CAUSE NO. CI 2019-0026 JC

**CIGNA GROUP INSURANCE,**
**LIFE INSURANCE COMPANY OF**
**NORTH AMERICA, CONNECTICUT**
**GENERAL LIFE INSURANCE COMPANY**
**AND CIGNA LIFE INSURANCE OF NEW YORK,**
**AND JOHN DOES 1-10**                                            **DEFENDANTS**

---

### SUMMONS

---

TO:     Mike Chaney, Commission of Insurance
        Mississippi Insurance Department
        1001 Woolfolk State Office Building
        501 North West Street
        Jackson, Mississippi 39201

### NOTICE TO DEFENDANT

**THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT
AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.**

You are required to mail or hand-deliver a copy of a written response to the Complaint to the

following attorney for the Plaintiff: **PENNY B. LAWSON, ESQUIRE, Varner, Parker &**

**Sessums, P.A., 1110 Jackson Street, Vicksburg, Mississippi, 39183, (601) 638-8741.**

Your response must be mailed or hand-delivered within thirty (30) days from the date of

delivery of this Summons and Complaint or a judgment of default will be entered against you for the

money or other things demanded in the Complaint.

You must also file the original of your response with the clerk of this court within a

reasonable time afterwards.

Issued under my hand and seal of this court this the 25 day of JAN, 2019.

ANITA WRAY, CLERK
MADISON COUNTY CIRCUIT COURT
MADISON COUNTY, MISSISSIPPI

BY: _____ D.C.

**Exhibit A**

01-29-2019                      **Invoice Payment Receipt**                      Page 1 of 1

|  |  |
|---|---|
| **Name:** VARNER, PARKER & SESSUMS, P.A. | **Invoice ID:** 1565738 |
|  | **EIN:** 64-0860967 |

**Payment Information:**

**Date Received:**        01-29-2019

**Amount Received:**      $100.00

**Payment Method:**       Cash

**Payment Reference ID:** 896455

**Exhibit A**


**UNITED STATES**
**POSTAL SERVICE.**

Date Produced: 02/04/2019

MS Insurance Department:

The following is the delivery information for Certified Mail™ item number 7199 9991 7033 1682 2525.
Our records indicate that this item was delivered on 01/30/2019 at 10:01 a.m. in FLOWOOD, MS 39232.
The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance,
please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal
Service. It is solely for customer use.

Customer Reference Number:          0347547 10262293dco-cigna life

**Exhibit A**



# MISSISSIPPI INSURANCE DEPARTMENT

**MIKE CHANEY**
Commissioner of Insurance
State Fire Marshal

**J. MARK HAIRE**
Deputy Commissioner of Insurance

501 N. WEST STREET, SUITE 1001
WOOLFOLK BUILDING
JACKSON, MISSISSIPPI 39201
www.mid.ms.gov

MAILING ADDRESS
Post Office Box 79
Jackson, Mississippi 39205-0079
TELEPHONE: (601) 359-3569
FAX: (601) 359-2474
WATS: 1-800-562-2957 (Incoming-USA)

January 28, 2019

CERTIFIED MAIL
RETURN RECEIPT REQUESTED
91 7199 9991 7033 1682 2495

Cigna Group Insurance                    91 7199 9991 7033 1682 2495
c/o CT Corporation System of MS
645 Lakeland East Drive, Ste 101
Flowood, MS 39232

In Re: Case No. CI 2019-0026-JE, David Street vs. Cigna Group
Insurance, Life Insurance Company of North America, Connecticut
General Life Insurance Company and Cigna Life Insurance of New
York, in the Circuit Court of Marion County, Mississippi

Dear Sir or Madam:

    We enclose a copy of the Summons and Complaint in the
above-styled cause which has been received in the Commissioner
of Insurance's Office on January 28, 2019 at 10:30 a.m.

                    Respectfully,

                    MIKE CHANEY
                    COMMISSIONER OF INSURANCE

                    BY _____
                    Christy Parker
                    Assistant to Deputy Commissioner

MC/cp
Enclosures
Pc:  Anita Wray
     P.O. Box 1626
     Canton, MS 39046

RECEIVED
JAN 28 2019
Mississippi Insurance Department
Server: Emmitt Hunter
Time: 10:30 am

**Exhibit A**

*Receipt #896455*
*$100.00 1/28/19*
*TC*

## IN THE CIRCUIT COURT OF MADISON COUNTY, MISSISSIPPI

**DAVID STREET**                                                    **PLAINTIFF**

**VS.**                                                    CAUSE NO. CI 2019-0026 JC

**CIGNA GROUP INSURANCE,**
**LIFE INSURANCE COMPANY OF**
**NORTH AMERICA, CONNECTICUT**
**GENERAL LIFE INSURANCE COMPANY**
**AND CIGNA LIFE INSURANCE OF NEW YORK,**
**AND JOHN DOES 1-10**                                    **DEFENDANTS**

---

### SUMMONS

---

TO:   Mike Chaney, Commission of Insurance
      Mississippi Insurance Department
      1001 Woolfolk State Office Building
      501 North West Street
      Jackson, Mississippi 39201

### NOTICE TO DEFENDANT

**THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.**

You are required to mail or hand-deliver a copy of a written response to the Complaint to the following attorney for the Plaintiff: **PENNY B. LAWSON, ESQUIRE, Varner, Parker & Sessums, P.A., 1110 Jackson Street, Vicksburg, Mississippi, 39183, (601) 638-8741.**

Your response must be mailed or hand-delivered within thirty (30) days from the date of delivery of this Summons and Complaint or a judgment of default will be entered against you for the money or other things demanded in the Complaint.

You must also file the original of your response with the clerk of this court within a reasonable time afterwards.

Issued under my hand and seal of this court this the 25 day of JAN, 2019.

ANITA WRAY, CLERK
MADISON COUNTY CIRCUIT COURT
MADISON COUNTY, MISSISSIPPI

BY: _____ D.C.

**Exhibit A**


**UNITED STATES POSTAL SERVICE.**

Date Produced: 02/04/2019

MS Insurance Department:

The following is the delivery information for Certified Mail™ item number 7199 9991 7033 1682 2495. Our records indicate that this item was delivered on 01/30/2019 at 10:01 a.m. in FLOWOOD, MS 39232. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Customer Reference Number:          0347547 10262293dco-cigna grou

**Exhibit A**