IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

DAVID STREET     PLAINTIFF

VS.     CIVIL ACTION NO. 3:19-cv-00154-HTW-LRA

LIFE INSURANCE COMPANY OF
NORTH AMERICA     DEFENDANT

**Stipulation of Dismissal Without Prejudice**

Pursuant to an agreement of the parties, it is stipulated that this case, and all claims herein, are hereby dismissed WITHOUT PREJUDICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Respectfully submitted, this the 25th day of April, 2019.

[Counsel's signatures appear on following page]

/s/ Penny Lawson
Penny Lawson (MSB No. 103450)
*Counsel for Plaintiff*
Varner, Parker & Sessums, P.A.
1110 Jackson Street
Vicksburg, Mississippi 39183
Telephone: (601) 638-8741
Fax: (601) 638-8666
Email: plawson@vpslaw.com


/s/ William F. Ray
William F. Ray (MSB No. 4654)
*Counsel for Life Insurance Company of North America*
WATKINS & EAGER PLLC
400 East Capitol Street
Jackson, Mississippi 39201
Post Office Box 650
Jackson, Mississippi 39205
Telephone: (601) 965-1900
Fax: (601) 965-1901
Email: wray@watkinseager.com

## CERTIFICATE OF SERVICE

      I, William F. Ray, attorney for defendant Life Insurance Company of North America, hereby certify that I have this day electronically filed the foregoing pleading with the Clerk of the Court and served the pleading using the ECF system which sent notification to the following counsel of record:

    Penny Lawson
    Varner, Parker & Sessums, P.A.
    1110 Jackson Street
    Vicksburg, Mississippi 39183

    This the 25th day of April, 2019.


                                            /s/ William F. Ray
                                            William F. Ray